**592**

■

**Carl SMITH, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

**Jerry SPARKS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Jackson Circuit Court; Clay M. Bishop, Judge.

Kendall Robinson, Booneville, A. Douglas Reece, Manchester, for appellants.

Ed W. Hancock, Atty. Gen., Frankfort, Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

■

**Robert J. WHITE, Appellant,**

v.

**Drexell CONLEY, d/b/a C & S Trucking Co., et al., Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Jessamine Circuit Court; Henry C. Cox, Judge.

Julian R. Gabbard, Paul D. Ross, Lexington, for appellant.

J. Peter Cassidy, Jr., Moloney & Moloney, Lexington, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

**Connie R. SEWELL (now Lefler), Appellant,**

v.

**John N. SEWELL, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Franklin Circuit Court; Henry Meigs, II, Judge.

Marion Rider, Frankfort, for appellant.

James L. Williams, Young & Williams, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

■

**LOUISVILLE TRANSIT COMPANY, Appellant,**

v.

**Josephine DIENES, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Jefferson Court, Common Pleas Branch, 7th Div.; Thomas Ballantine, Jr., Judge.

Robert L. Baird, Tarrant, Combs, Blackwell & Bullitt, John E. Tarrant, Louisville, for appellant.

Robert J. Bohnert, Louisville, for appellee.

Opinion of the Court by Special Commissioner ROBERT H. HELTON, Jr., Reversing.*

* Opinion ordered not to be published.